**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| CHARLES BRANNON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | CV 616-153 |
| CCS FINANCIAL SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

**O R D E R**

Currently before the Court is Plaintiff's voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 4.) Accordingly, this matter is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 22nd day of November, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA